FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 16 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE MCHENRY<br><br>Plaintiff<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.<br><br>and PROMETRIC LLC<br><br>Defendants | CIVIL ACTION NO: 1:25-CV-2735<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

## PLAINTIFF'S EXHIBIT LIST IN SUPPORT OF COMPLAINT

- Exhibit A – Plaintiff's Accommodation Request Letter (paragraphs 10, 12, 51)

  Narrative submitted to LSAC describing sensory processing, vestibular-related symptoms, eye movement limitations, and justifications for accommodations.

- Exhibit B – Chat Transcript with Prometric (paragraphs 25, 26)

  Real-time chat log where Plaintiff disclosed the exacerbation of symptoms, requested assistance, and Prometric failed to provide appropriate support.

- Exhibit C – Screenshot of Prometric Website (Accommodations Support Page) (Paragraphs 26, 27, 54)

Evidence that Plaintiff was directed to use a chat system specifically designated for test-takers with accommodations.

- Exhibit D – Medical Documentation from Treating Providers (paragraph 51)

    Includes letters from three licensed medical professionals supporting Plaintiff's diagnoses and functional limitations relevant to accommodation needs.

- Exhibit E – Post-Incident Email Correspondence (paragraphs 32)

    Emails from Plaintiff to LSAC and/or Prometric reporting the April testing failures, and responses that failed to meaningfully address the accommodation failures.

- Exhibit F – LSAC Accommodation Approval Email (paragraphs 1, 11, 50)

    Official notice from LSAC confirming that Plaintiff's requested accommodations were approved for the April 2025 LSAT.

- Exhibit G – Screenshot of Technical Error Message During LSAT Access Attempt (paragraphs 17, 25)

    Photographic evidence showing the "Oops. We've encountered a problem" screen that delayed Plaintiff's test start by over 30 minutes.

- Exhibit H – Prometric's' response letter dated May 13, 2025 (paragraph 40, 55,

Prometric' formal denial of any wrongdoing despite actual notice of the barrier's plaintiff faced, underscores the necessity for judicial intervention to address ongoing discriminatory practices.

- Exhibit I – Prometric's Complaints Regarding Pattern of Systemic Avoidance of Accountability (paragraph 40.1)

Samples of Prometric's Better Business Bureau complaints, reflecting Prometric's repeated technical failures, accountability avoidance and pattern of blame shifting.

Dated May 16, 2025

                                        Respectfully Submitted,

                                        /s/ Nicole McHenry
Nicole McHenry
PO Box 73
Marietta GA 30061
678-362-7835
namchenry35@gmail.com
Pro Se Plaintiff