# EXHIBIT A

2/27/25

Accommodations Request Coordinator
Law School Admission Council (LSAC)
662 Penn Street
Newtown, PA 18940

Subject: Request for LSAT Accommodations

Dear Accommodations Review Team,

I am writing to formally request accommodations for the April 2025 LSAT due to sensory processing challenges, vestibular difficulties affecting reading, migraines which affects my ability to use a computer screen for prolonged uninterrupted periods and a medical condition that impacts my ability to sustain prolonged eye movement (Sjogren's Syndrome). Those issues along with painful rheumatoid arthritis has caused exacerbated specified anxiety disorder that causes me to have extreme anxiety taking tests that can lead me to feeling dizzy. I have taken the LSAT twice and have never been able to finish them due to anxiety and sensory issues that cause more stress. In order to regulate my anxiety and address sensory issues and still have time to complete it, I am requesting the following accommodations:

- Extended time to complete the exam
- Longer breaks between sections (10 minutes)
- Permission to quietly read questions aloud

I have sensory processing issues related to sound as well as vestibular challenges that impact my eye movement and reading speed. I can read very quickly and often do especially when there are time constraints. However, because of the aforementioned difficulties, I need to read slowly and hear what I am reading in order to process the information effectively, which naturally requires more time. Additionally, extreme test anxiety exacerbated by these challenges makes it critical for me to work at a pace that allows for effective comprehension.

Furthermore, I have been diagnosed with Sjogren's syndrome, which causes severe eye dryness. Extended periods of reading and eye movement can become physically painful and impact my ability to focus. Having extra time and breaks between sections will help alleviate these difficulties and allow me to perform to the best of my ability.

I have enclosed the necessary medical documentation to support this request. Please let me know if you require any additional information. I appreciate your time and consideration and look forward to your response.

Thank you,
Nicole McHenry/L42039117