# EXHIBIT B

English Pro Assist Bot (4/22/2025, 12:27:50 PM): Hi, welcome to Prometric's iSupport Service! I'm Pro Assist. I'm here to help with your Pro Proctor support questions.
English Pro Assist Bot (4/22/2025, 12:27:51 PM): Please select your preferred language.

Veuillez sélectionner votre langue préférée

Por favor seleccione su lenguaje de preferencia.

请选择您的首选语言。

English Pro Assist Bot (4/22/2025, 12:27:52 PM): Menu Options:
    Continue in English
    Continuer en français
    Español
    使用中文
null (4/22/2025, 12:29:11 PM): I've been trying to get past the "a proctor will be with you shortly" screen for 28 minutes. The eeeror says "oops an issue occurred, please try again" it's done it 19 times
null (4/22/2025, 12:29:27 PM): H
English Pro Assist Bot (4/22/2025, 12:29:29 PM): Sorry, I didn't understand that. Please use the menu options to navigate.
null (4/22/2025, 12:30:05 PM): I've been trying to get past the "a proctor will be with you shortly" screen for 28 minutes. The eeeror says "oops an issue occurred, please try again" it's done it 19 times
English Pro Assist Bot (4/22/2025, 12:30:06 PM): Sorry, I didn't understand that. Please use the menu options to navigate.
null (4/22/2025, 12:30:18 PM): Check For Confirmation
English Pro Assist Bot (4/22/2025, 12:30:19 PM): Do you have a confirmation number?
English Pro Assist Bot (4/22/2025, 12:30:21 PM): Menu Options:
    Yes - I have a confirmation number
    No - I do not have a confirmation number
null (4/22/2025, 12:30:22 PM): Yes - I have a confirmation number
English Pro Assist Bot (4/22/2025, 12:30:24 PM): Please write your Confirmation number
null (4/22/2025, 12:30:48 PM): 0000000106539990
English Pro Assist Bot (4/22/2025, 12:30:50 PM): What is your full name?
null (4/22/2025, 12:31:00 PM): Nicole McHenry
English Pro Assist Bot (4/22/2025, 12:31:01 PM): When is your exam scheduled?
English Pro Assist Bot (4/22/2025, 12:31:03 PM): Menu Options:
    Not yet scheduled
    In the past
    Today
    Tomorrow or Future Date
null (4/22/2025, 12:31:06 PM): Today
English Pro Assist Bot (4/22/2025, 12:31:07 PM): At what stage of your exam you are in currently?

```
English Pro Assist Bot (4/22/2025, 12:31:09 PM): Menu Options:
        System Preparation
        Launching Exam
        Disconnected  from Exam
        I've been asked to logout and login
null (4/22/2025, 12:31:15 PM): Launching Exam
English Pro Assist Bot (4/22/2025, 12:31:16 PM): Are you aware of exam
launch process?
English Pro Assist Bot (4/22/2025, 12:31:18 PM): Button Selections:
        Yes
        No
null (4/22/2025, 12:31:19 PM): Yes
English Pro Assist Bot (4/22/2025, 12:31:21 PM): Are you facing any
issue or error?
English Pro Assist Bot (4/22/2025, 12:31:22 PM): Button Selections:
        Yes
        No
null (4/22/2025, 12:31:23 PM): Yes
English Pro Assist Bot (4/22/2025, 12:31:25 PM): Have you gone through
the Frequently Asked Questions / Common Technical errors  section?
English Pro Assist Bot (4/22/2025, 12:31:26 PM): Button Selections:
        Yes
        No
null (4/22/2025, 12:31:27 PM): Yes
English Pro Assist Bot (4/22/2025, 12:31:29 PM): Did the Frequently
Asked Questions / Common Technical errors help to resolve your issue?
English Pro Assist Bot (4/22/2025, 12:31:30 PM): Button Selections:
        Yes
        No
null (4/22/2025, 12:31:32 PM): No
English Pro Assist Bot (4/22/2025, 12:31:33 PM): Please hold while I
transfer your chat to one of our representatives.
Diana Carolina R (4/22/2025, 12:31:52 PM): Welcome to Prometric Tech
Support, my name is Diana Carolina R. Can you please provide me

Confirmation #:

Name:

Phone number:

The ticket number: (If you have one)
null (4/22/2025, 12:32:09 PM): I've been trying to get past the "a
proctor will be with you shortly" screen for 28 minutes. The eeeror
says "oops an issue occurred, please try again" it's done it 23 times
Diana Carolina R (4/22/2025, 12:32:20 PM): Please provide me the
information
null (4/22/2025, 12:32:40 PM): I logged out twice, still happening
null (4/22/2025, 12:32:46 PM): 0000000106539990
Diana Carolina R (4/22/2025, 12:33:06 PM): Please provide me the
```

complete information, Name and Phone number
null (4/22/2025, 12:33:20 PM): Nicole McHenry 6783627835
Diana Carolina R (4/22/2025, 12:33:40 PM): Thank you for the information Nicole . During the interaction, please remember to be active in the chat to avoid droppings.
Diana Carolina R (4/22/2025, 12:34:01 PM): Okay, allow me a moment while I check your information. Please save this ticket number: 05835110 this one will help you: (Ente ring the exam late due to technical problems and/or just to follow the case) Please write it down and keep it handy.
null (4/22/2025, 12:34:10 PM): How can I get a protor?
Diana Carolina R (4/22/2025, 12:34:41 PM): The queue time for get a Proctor is 1 minute
null (4/22/2025, 12:34:47 PM): Yo
Diana Carolina R (4/22/2025, 12:34:50 PM): In this case your app is stuck
Diana Carolina R (4/22/2025, 12:35:04 PM): I goingo to ask you some questions for help you
Diana Carolina R (4/22/2025, 12:35:10 PM): Are you contacting us with the same device you will be testing on?
null (4/22/2025, 12:35:27 PM): I've been trying to get past the "a proctor will be with you shortly" screen for 28 minutes. The eeeror says "oops an issue occurred, please try again" it's done it 26 times
Diana Carolina R (4/22/2025, 12:35:48 PM): Got it
null (4/22/2025, 12:35:48 PM): No im on my phone, test is in mac. HOW DO I FIX THIS ????
Diana Carolina R (4/22/2025, 12:36:05 PM): I will send you some instruction
Diana Carolina R (4/22/2025, 12:36:11 PM): Is the ProProctor app open?
null (4/22/2025, 12:36:14 PM): OMG
null (4/22/2025, 12:36:22 PM): Just tell me what to do
null (4/22/2025, 12:36:44 PM): This is insane
Diana Carolina R (4/22/2025, 12:36:44 PM): I need to ask you some questions for send you the troubeshootign please be patient
Diana Carolina R (4/22/2025, 12:36:53 PM): Is the ProProctor app open in your computer?
null (4/22/2025, 12:37:10 PM): Yes
Diana Carolina R (4/22/2025, 12:37:23 PM): Please closed the ProProctor app
Diana Carolina R (4/22/2025, 12:37:36 PM): And do not launch it until I ask you to
null (4/22/2025, 12:37:40 PM): I went through everything– says a proctor will be with you shorty then times out
null (4/22/2025, 12:37:47 PM): Launch what ?
null (4/22/2025, 12:38:03 PM): It's already launched
Diana Carolina R (4/22/2025, 12:38:10 PM): Please closed the ProProctor app, and do not open the ProProctor app until I Ask you to
Diana Carolina R (4/22/2025, 12:38:19 PM): Do No open the ProProctor app
null (4/22/2025, 12:38:24 PM): Ok it's closed

```
Diana Carolina R (4/22/2025, 12:38:48 PM): Are you testing from a
Windows computer or a MAC one?
null (4/22/2025, 12:38:53 PM): Mac
null (4/22/2025, 12:39:02 PM): Os 15.4
Diana Carolina R (4/22/2025, 12:39:10 PM): Alright, Is it a Corporate
or Personal computer?
null (4/22/2025, 12:39:15 PM): Most updated proprietor version
null (4/22/2025, 12:39:20 PM): Personal
Diana Carolina R (4/22/2025, 12:39:46 PM): Are you use a Personal or
corporate / pubic network?
null (4/22/2025, 12:40:02 PM): Personal
Diana Carolina R (4/22/2025, 12:40:14 PM): Please uninstall the
ProProctor app
null (4/22/2025, 12:40:25 PM): How
Diana Carolina R (4/22/2025, 12:41:20 PM): Please follow this steps:

> Click on the Apple menu and select System Settings.
> Go to General in the sidebar, then click on Storage.
> Wait for the list of applications to load. Click the small button
next to the app you want to uninstall.
> Select the ProProctor app and click Delete.
> Confirm the deletion and authenticate if required.
null (4/22/2025, 12:42:50 PM): Calculating
Diana Carolina R (4/22/2025, 12:43:14 PM): Please let me know when it
is done
null (4/22/2025, 12:43:16 PM): Is there another way? It's still
calculating all my applications.
null (4/22/2025, 12:43:55 PM): ?
null (4/22/2025, 12:44:07 PM): Can I just drag it to the trashcan?
Diana Carolina R (4/22/2025, 12:44:15 PM): Please try with this steps:

Go to Applications and find ProProctor.

Drag it to the Trash and empty the Trash.

You can also use AppCleaner or another uninstaller tool to remove
leftover files.
null (4/22/2025, 12:44:18 PM): Never mind, it's finished now
null (4/22/2025, 12:44:48 PM): It's deleted now what?
Diana Carolina R (4/22/2025, 12:45:07 PM): > Please use this link for
download the proproctor app, please remember use Chrome browser

https://rpcandidate.prometric.com/

> In main page you can find two spaces in blank please type
Confirmation #:    00000000106539990
Lastname:   mche

>Then please click in "Find exam"
>When entry please scroll down and you can find the link for Windows
```

computer and Mac computer
Diana Carolina R (4/22/2025, 12:45:33 PM): Please just install the ProProctor app, Do not open the ProProctor app until I ask you to
Diana Carolina R (4/22/2025, 12:45:40 PM): Let me know when it is done
null (4/22/2025, 12:46:29 PM): It is installed and not open
Diana Carolina R (4/22/2025, 12:47:05 PM): Do you already redownload the ProProctor app following the steps?
null (4/22/2025, 12:47:27 PM): I deleted Proctor, I went to the link, I downloaded the executable, and I moved it to my applications folder, and I did not open it
Diana Carolina R (4/22/2025, 12:47:39 PM): Do you have any antivirus active?
null (4/22/2025, 12:47:48 PM): No, it's a Mac
Diana Carolina R (4/22/2025, 12:48:09 PM): Please disable the handoff following the next steps: Go to Apple menu and click "System Preferences or System Settings" > Click on "General" to locate Handoff, uncheck the box next to "Allow handoff between this Mac and your cloud devices"
null (4/22/2025, 12:48:48 PM): Should I close Safari first or does that matter?
Diana Carolina R (4/22/2025, 12:49:04 PM): Which browser did you use for download the ProProctor app?
null (4/22/2025, 12:49:50 PM): I don't have a handoff, I have a AirDrop and handoff for my operating system and when I go into it, there is no option to uncheck anything
null (4/22/2025, 12:50:00 PM): Safari is the browser I used
null (4/22/2025, 12:50:12 PM): I see where it says says allow handoff between this Mac and iCloud devices and I'm turning it off
Diana Carolina R (4/22/2025, 12:50:14 PM): Please uninstall the ProProctor app
Diana Carolina R (4/22/2025, 12:50:16 PM): again
Diana Carolina R (4/22/2025, 12:50:28 PM): And redownload from Chrome browser
null (4/22/2025, 12:50:28 PM): Do I still need to uninstall protractor again?
null (4/22/2025, 12:50:36 PM): OMG
null (4/22/2025, 12:50:51 PM): Are you sure? The executable is the same no matter what browser it comes from.
Diana Carolina R (4/22/2025, 12:50:54 PM): Yes
Diana Carolina R (4/22/2025, 12:51:05 PM): The proproctor app is compatible with Chrome browser
Diana Carolina R (4/22/2025, 12:51:30 PM): If you use another browser all the files that ProProctor app require not download and prevents the ProProctor app runs properly
null (4/22/2025, 12:51:33 PM): That doesn't make any sense in executable file is executable. It doesn't matter what browser you downloaded from the file is the same.
Diana Carolina R (4/22/2025, 12:51:39 PM): Please
null (4/22/2025, 12:51:42 PM): Ok
Diana Carolina R (4/22/2025, 12:51:48 PM): Follow the instructions

Diana Carolina R (4/22/2025, 12:51:58 PM): Let me know when it is done
Diana Carolina R (4/22/2025, 12:52:41 PM): https://ehelp.prometric.com/proproctor/s/article/PPL-TECH005-ProProctor-Software-Installation-Mac-OS?language=en_US
null (4/22/2025, 12:53:51 PM): I downloaded it using Chrome and now it's in my applications folder on launched
Diana Carolina R (4/22/2025, 12:54:03 PM): Please close the app
null (4/22/2025, 12:54:18 PM): I never opened it
Diana Carolina R (4/22/2025, 12:54:25 PM): Please Go to the Apple menu and choose "System Settings" Click on "Network" in the sidebar list Click on "Firewall" Toggle the switch for Firewall to the OFF position Now the firewall is turned off.
null (4/22/2025, 12:54:26 PM): Unlaunched
null (4/22/2025, 12:54:56 PM): It's off
Diana Carolina R (4/22/2025, 12:55:34 PM): If you have any VPN active please disable it
null (4/22/2025, 12:55:45 PM): I dont
Diana Carolina R (4/22/2025, 12:55:46 PM): Please turn off the bluetooth
null (4/22/2025, 12:55:57 PM): Off
Diana Carolina R (4/22/2025, 12:56:06 PM): Please restart the computer and relaunch the ProProctor app
Diana Carolina R (4/22/2025, 12:56:07 PM): Is there anything else that I can help you with, today?
null (4/22/2025, 12:56:15 PM): What?????
null (4/22/2025, 12:56:24 PM): I need to get into the test that's why I contacted you
Diana Carolina R (4/22/2025, 12:56:40 PM): I send you troubleshooting for the issue that you present
Diana Carolina R (4/22/2025, 12:57:04 PM): If you apply the instructions. the last steps is restart the computer and relaunch the app
null (4/22/2025, 12:57:06 PM): Bro, I need you to help me get into the test. Are you saying now when I try it's gonna work
null (4/22/2025, 12:57:28 PM): I don't have the instructions. I have extreme accommodations and I can't be scrolling through all this stuff. My head is already spinning and I'm even know if I'm gonna pass this test because of all this stress you people to put me through. I need you to help me get into the test. I can't do all this stuff on this little phone.
null (4/22/2025, 12:57:44 PM): I did what I was supposed to do. It's taking forever for my computer to reboot now and it took forever to get you. This is insane.
null (4/22/2025, 12:57:54 PM): Now that my computer has rebooted, where do I go? I am completely turned around.
Diana Carolina R (4/22/2025, 12:58:24 PM): You need to launch the app
null (4/22/2025, 12:58:44 PM): I'm typing in my confirmation number please hold tight
Diana Carolina R (4/22/2025, 12:58:46 PM): again
Diana Carolina R (4/22/2025, 12:58:50 PM): Ok

```
null (4/22/2025, 1:01:34 PM): About to take my picture.
Diana Carolina R (4/22/2025, 1:01:38 PM): Ok
null (4/22/2025, 1:02:22 PM): At the readiness checklist waiting on
the proctor this is where I got stuck before
Diana Carolina R (4/22/2025, 1:03:04 PM): Ok please wait for a proctor
for 2 minutes
null (4/22/2025, 1:03:20 PM): ERROR
Diana Carolina R (4/22/2025, 1:03:29 PM): Ok,
Diana Carolina R (4/22/2025, 1:03:35 PM): Close the ProProctor app
null (4/22/2025, 1:03:48 PM): It's closed
Diana Carolina R (4/22/2025, 1:03:49 PM): Please follow this steps:
```

> Open System Preferences:

   - Click on the Apple menu in the top-left corner of your screen.

   - Select "System Preferences."

> Go to Users & Groups:

   - In the System Preferences window, click on "Users & Groups."

> Unlock to Make Changes:

   - Click the lock icon in the bottom-left corner of the Users & Groups window.

   - Enter your administrator password when prompted.

> Add a New User:

   - Click the "+" button below the list of current users.

   - Choose the type of account you want to create (Administrator).

   - Fill in the required details such as Full Name, Account Name, Password, and Password Hint.

   - Click "Create User."

 > Optional: Set Additional Permissions:

   - If you want the new user to have administrative privileges, check the box that says "Allow user to administer this computer."

```
Diana Carolina R (4/22/2025, 1:03:56 PM): Let me know when it is done
null (4/22/2025, 1:04:01 PM): Dobe
null (4/22/2025, 1:04:06 PM): Done
Diana Carolina R (4/22/2025, 1:04:23 PM): oK
Diana Carolina R (4/22/2025, 1:04:35 PM): Please restart the computer
and login into the new local account
```

null (4/22/2025, 1:04:39 PM): I don't have system preferences
Diana Carolina R (4/22/2025, 1:05:07 PM): you can look for system settings
null (4/22/2025, 1:05:13 PM): Bro, this is my own computer. What are you talking about? I've taken LSAT twice on this computer. I don't have to set up extra user accounts. I need to talk to somebody who knows what they're doing.
Diana Carolina R (4/22/2025, 1:05:36 PM): I send you the instructions for the issue that you present
Diana Carolina R (4/22/2025, 1:05:38 PM): In this case
Diana Carolina R (4/22/2025, 1:05:58 PM): There are any  thet prevent the ProProctor app runs properly
null (4/22/2025, 1:06:13 PM): These instructions don't match my operating
null (4/22/2025, 1:06:35 PM): I can't look at the instructions. You had me turn everything off and I can't see it on my phone, stop saying that. If you don't want to help me get me a supervisor.
null (4/22/2025, 1:06:51 PM): OMG
null (4/22/2025, 1:06:58 PM): This is so missed up
null (4/22/2025, 1:07:11 PM): What the hell am I supposed to do?
Diana Carolina R (4/22/2025, 1:07:37 PM): My supervisor  will provide the same information that I am giving you.
null (4/22/2025, 1:08:05 PM): There's no lock icon none of the stuff you're saying is there do you just want me to add a user?
Diana Carolina R (4/22/2025, 1:08:06 PM): I send you the troubleshooting for the issue
null (4/22/2025, 1:08:32 PM): Stop saying that you're being antagonistic and mean I have medical issues with the scrolling is making me dizzy. I can't look at it on my phone stop telling me you emailed it to me. Just help me.
null (4/22/2025, 1:09:03 PM): I'm in the new user set up. What do I do now?
null (4/22/2025, 1:09:15 PM): Just repaste it
null (4/22/2025, 1:10:07 PM): Do I need to set up a new user account or what?
Diana Carolina R (4/22/2025, 1:10:08 PM): All information abou the ProProctor app I send you throught this chat
null (4/22/2025, 1:10:17 PM): OMG
null (4/22/2025, 1:10:24 PM): Repost it now
null (4/22/2025, 1:10:29 PM): I can't scroll
null (4/22/2025, 1:10:48 PM): I'm going to sue the hell out of this company. I have medical accommodations with the scrolling makes me dizzy. I've told you repeatedly stop trying to make me scroll and give me the damn answer.
null (4/22/2025, 1:11:09 PM): I'm in the place where it says users and group do you want me to set up a test account or what give me the steps
null (4/22/2025, 1:11:46 PM): Get me a supervisor please, you are purposely trying to antagonize me and caused me stress. I need to speak with a supervisor.

Diana Carolina R (4/22/2025, 1:12:52 PM): I am sorry for this situation: this is the instructions for create a new local account

Open System Settings: Click the Apple menu and select System Settings.

Go to Users & Groups: Scroll down and click Users & Groups.

Add a New User: Click the Add User button.

Enter Admin Credentials: If prompted, enter your administrator password.

Choose Account Type:

Administrator: Full control over the system.

Standard: Can use the Mac but with limited permissions.

Sharing Only: Access shared files but cannot log in.

Fill in Details: Enter the full name, account name, password, and a password hint.

Create User: Click Create User to finalize.
null (4/22/2025, 1:13:19 PM): Now what. ?
Diana Carolina R (4/22/2025, 1:13:32 PM): Do you already create the new local accoun?
null (4/22/2025, 1:13:37 PM): Yes
Diana Carolina R (4/22/2025, 1:14:17 PM): Please restart the computer, login into the new local account. Redownload the ProProctor app from chrome browser and relaunch the App
null (4/22/2025, 1:14:55 PM): I wanna make sure I get a full copy of this transcript. Will that be available to me?
Diana Carolina R (4/22/2025, 1:15:28 PM): When the chat ended you can download all the transcript
null (4/22/2025, 1:15:31 PM): Please provide the link again for me to download it. I'm logging into the new account.
Diana Carolina R (4/22/2025, 1:15:48 PM): > Please use this link for download the proproctor app, please remember use Chrome browser

https://rpcandidate.prometric.com/

> In main page you can find two spaces in blank please type
Confirmation #:    0000000106539990
Lastname:   mach

>Then please click in "Find exam"
>When entry please scroll down and you can find the link for Windows computer and Mac computer
null (4/22/2025, 1:16:13 PM): What is that last name MACH? Are you

telling me that's the last name I'm supposed to enter? That's not my last name.
Diana Carolina R (4/22/2025, 1:16:48 PM): Please remember use the four first letters of your lastname for login
null (4/22/2025, 1:17:25 PM): But my name is not MACH? What is that? My name is Mchenry? Are you telling me to enter MACH?
null (4/22/2025, 1:17:52 PM): Or are you purposely trying to confuse me just to screw with me?
Diana Carolina R (4/22/2025, 1:18:02 PM): I am so sorry. I confused the letter. mche
null (4/22/2025, 1:18:25 PM): So same when asked for my last name enter MCHE correct?
Diana Carolina R (4/22/2025, 1:18:45 PM): Please remember that this is a professional interaction, you must moderate your language, otherwise we will terminate the chat.
Diana Carolina R (4/22/2025, 1:19:03 PM): Yes please
null (4/22/2025, 1:19:14 PM): I'm typing in my confirmation number
Diana Carolina R (4/22/2025, 1:19:22 PM): Ok
null (4/22/2025, 1:20:25 PM): Should I open the app and proceed or wait for you?
Diana Carolina R (4/22/2025, 1:20:40 PM): Yes please Launch the ProProctor app
null (4/22/2025, 1:21:14 PM): There's an error that says the operation can't be completed because some items had to be skipped for each item. Choose file get info to make sure locked is dis selected and then check the sharing and permission section when you're sure the items are unlocked and not designated as Reid only or no access try again.
null (4/22/2025, 1:21:24 PM): I don't know what items they're talking about
null (4/22/2025, 1:21:53 PM): Never mind, I'm just gonna try to open it a different way instead of dragging it to the applications folder
Diana Carolina R (4/22/2025, 1:22:13 PM): Do you have any other computer to test on
Diana Carolina R (4/22/2025, 1:22:24 PM): ?
null (4/22/2025, 1:22:40 PM): It's working I'm almost back to the place where it's asking for Proctor to login
null (4/22/2025, 1:23:00 PM): I'm doing a system check
Diana Carolina R (4/22/2025, 1:23:14 PM): Ok
null (4/22/2025, 1:23:46 PM): Launching demonstration exam
Diana Carolina R (4/22/2025, 1:24:05 PM): Perfect
Diana Carolina R (4/22/2025, 1:24:06 PM): Is there anything else that I can help you with, today?
null (4/22/2025, 1:24:35 PM): Please don't ask me that as though we are finished
null (4/22/2025, 1:24:44 PM): When the proctor comes on the line, that's when will be finished
null (4/22/2025, 1:25:29 PM): It says a proctor will be with you shortly
Diana Carolina R (4/22/2025, 1:25:52 PM): Ok
null (4/22/2025, 1:26:01 PM): Im in

Diana Carolina R (4/22/2025, 1:26:09 PM): Do you have any additional question or request?
null (4/22/2025, 1:26:18 PM): No I need transcripts
Diana Carolina R (4/22/2025, 1:26:19 PM): Thank you for contacting Prometric. Please remember you will receive a survey to your email within the next 2 days. We hope you have a good day. Bye.