# EXHIBIT F



Law School Admission Council
662 Penn Street, Box 8512, Newtown, PA 18940-8512
P: 855.384.2253 • Email: accom@LSAC.org

**ACCOMMODATED TESTING**

March 4, 2025

Nicole Mchenry
Po Box 73
Marietta, GA 30061
L42039115

Dear Nicole:

The Law School Admission Council (LSAC) has reviewed your request for accommodations on the April 2025 Law School Admission Test (LSAT). The multiple-choice sections of the LSAT are currently offered in a dual-mode testing environment, in person at a test center and remotely.

Beginning July 31, 2024, the LSAT Argumentative Writing exam will be a total of 50 minutes – 15 minutes for a prewriting analysis and 35 minutes for essay writing. All test takers will have the option to move past the prewriting analysis after 5 minutes of time has expired. The LSAT Argumentative Writing will continue to be administered in a remote-proctored online format. For more information about the writing portion of the LSAT, please review the **LSAT Argumentative Writing page** and **LSAT Writing FAQs**.

**You have been granted the following accommodations for the April 2025 LSAT:**

## ACCOMMODATIONS FOR LSAT MULTIPLE-CHOICE

### Remote-Proctored Format

• 100% Additional Test time on multiple choice sections of the test: 70 minutes per test section

• Breaks between sections
   After Section 1,   Break for 10 minutes
   After Section 2,   10 minutes (Standard Intermission)
   After Section 3,   Break for 10 minutes

• PERMISSION TO SPEAK ALOUD

All approved testing items noted above will be provided by the test taker unless otherwise indicated.

**Note:** Test takers who are approved for PERMISSION TO SPEAK ALOUD are required to test remotely.* Should you believe that you have an exceptional circumstance or hardship that requires you to test at a test center location, please email TheServiceExcellenceTeam@lsac.org within (4) calendar days of test center scheduling opening for your administration date to request a change due to such exceptional circumstance or hardship.

*Domestic test takers using assistive technology may test remotely or in a test center. International test takers using assistive technology must test in a test center.

### Test Center Administration

• 100% Additional Test time on multiple choice sections of the test: 70 minutes per test section

- Breaks between sections
    - After Section 1,   Break for 10 minutes
    - After Section 2,   10 minutes (Standard Intermission)
    - After Section 3,   Break for 10 minutes

• PERMISSION TO SPEAK ALOUD

LSAC will notify all test takers by email with detailed information about when and how to schedule their test, and all test takers will be able to choose a start time of their preference from the available test date(s). Please note when scheduling with Prometric you may notice that some accommodation names will vary slightly from your approval letter. Be assured that Prometric will provide you with all of the accommodations indicated in your LSAC approval letter. Please refer to the Upcoming LSAT Dates webpage for complete information about test dates and scheduling deadlines.

**ACCOMMODATIONS FOR LSAT ARGUMENTATIVE WRITING:**

- 100% Additional Test time for LSAT Argumentative Writing:
    Pre-Writing: 30 minutes
    Essay Writing: 70 minutes

The LSAT Argumentative Writing test will be administered to you online through secure remote proctoring software. Starting eight (8) days prior to the test administration, you can visit your online LSAC account to access instructions and a weblink for launching your LSAT Argumentative Writing.

It is also your option not to accept all or some of your approved accommodations. If you choose to decline any of your approved accommodations, please refer to the **Opting Out of Approved Accommodations** page for additional information.

Sincerely,

Accommodated Testing

Direct Inquiries to:
Phone: (855) 384-2253
Email: **accom@LSAC.org**